UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 01-224 (DWF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR RESENTENCING** |
| | ) | **PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| | ) | |
| KEITH WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Keith Williams, through counsel, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 96 to 77 months. The retroactive application of the amended November 1, 2007, Sentencing Guidelines for crack cocaine offenses makes Mr. Williams eligible for a sentence reduction. The sentencing factors in this case are straightforward. Mr. Williams' original guideline range was based on a total offense level 35 and a criminal history category V, resulting in a guideline range of 262 - 327 months. The Court sentenced him to 96 months, after a downward departure under 5k1.1. Applying the November 7, 2007, crack cocaine guideline amendments reduces Mr. Williams' total offense level from 35 to level 33, resulting in new guideline range of 210 to 262 months. If the Court re-sentences him to the same percentage of departure from the bottom of the guideline range, this results in a new sentence of 77 months.

This sentence is reasonable given those factors set forth under § 3553.

Dated: August 18, 2008

Respectfully submitted,

*s/ Andrea K. George*

_________________________________

ANDREA K. GEORGE
Attorney No. 202125
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415